**United States District Court**
For the Northern District of California

1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7         NORTHERN DISTRICT OF CALIFORNIA
8
9   RAYMOND KIZZEE,                        No. C 07-2567 MHP (pr)
10            Plaintiff,                   **JUDGMENT**
11       v.
12   Capt. G. ZAVALA; et al.,
13            Defendants.
                                        /
14
15       This action is dismissed for failure to state a claim upon which relief may be granted.
16       IT IS SO ORDERED AND ADJUDGED.
17   Dated: August 6, 2007                 _____
18                                         Marilyn Hall Patel
                                           United States District Judge
19
20
21
22
23
24
25
26
27
28